IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM SPAK and TRACY LEUTHAUSER

        Plaintiffs,

v.                                                           No. 1:22-cv-00201-KWR-SCY

RITU RANI; KS MAJHA TRANS, LLC,
a California Limited Liability Company;
SIKHANDAR SINGH, Individually and as
the Sole Manager of KS Majha Trans, LLC;
and RAJ BIR,

        Defendants.

**STIPULATED ORDER GRANTING JOINT
MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss All Claims with Prejudice against Defendants and the Court, having considered the joint motion and finding good cause to grant the relief requested therein, **HEREBY ORDERS:**

1. Plaintiffs' complaint, any amendments to such complaint, and all claims or causes of action arising out of or relating in any way to the events alleged in the complaint against Defendants are **DISMISSED WITH PREJUDICE.**

2. The parties will bear their own attorneys' fees, costs, and expenses incurred in connection with this lawsuit.

**IT IS SO ORDERED.**

                                               **KEA W. RIGGS**
                                               **UNITED STATES DISTRICT JUDGE**

**APPROVED BY:**

| | YLAW, P.C. |
|---|---|
| *Approved via email on January 15, 2023* <br><br> Dennis T. Sánchez <br> *Attorneys for Plaintiffs* <br> PO Box 3273 <br> Taos NM 87571 <br> dsanchezlaw@qwestoffice.net | */s/ Sean E. Garrett* <br> S. Carolyn Ramos <br> Sean E. Garrett <br> *Attorneys for Defendants* <br> *K S Majha Trans, LLC and Sikandar Singh* <br> 4908 Alameda Blvd NE <br> Albuquerque NM 87113 <br> Phone: (505) 266-3995 <br> cramos@ylawfirm.com <br> sgarrett@ylawfirm.com |
| MAYER, LLP <br><br> *Approved via email on January 9, 2023* <br><br> Ryan T. Goodhue <br> Brian J. Fisher <br> *Attorneys for Defendants Raj Bir and Ritu Rani* <br> 9400 Holly Ave NE Bldg 3 <br> Albuquerque NM 87122 <br> rgoodhue@mayerllp.com <br> bfisher@mayerllp.com | |